**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMES S. SCOTT**                                                                                     **PETITIONER**

vs.                    Case No. 4:07-CV-00032-BSM-HLJ

**G. DAVID GUNTHARP, Director
Arkansas Department of Community Correction;
WILLARD PROCTOR, JR., Circuit Judge, Sixth
Judicial District**                                                                                    **RESPONDENTS**

## ORDER

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations, the timely objections, and reviewing the record *de novo*, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in all respects in its entirety.

Petitioner's claims for relief are DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of July, 2010.

 

                                             UNITED STATES DISTRICT JUDGE