# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES S. SCOTT**                                                                                           **PETITIONER**

**vs.**                     **Case No. 4:07-CV-00032-BSM-HLJ**

**G. DAVID GUNTHARP, Director**
**Arkansas Department of Community Correction;**
**WILLARD PROCTOR, JR., Circuit Judge, Sixth**
**Judicial District**                                                                                        **RESPONDENTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED with prejudice.

IT IS SO ORDERED this <u>27th</u> day of July, 2010.

                                                                          UNITED STATES DISTRICT JUDGE